BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL CARREIRA** | Case No. CIV-09-1672 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 9, 2010, to April 20, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 9, 2010 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: February 9, 2010

Benjamin B. Wagner

United States Attorney

/s/ *Michael Cabataje*
MICHAEL CABATAJE

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 9, 2010.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE