1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL CARREIRA** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>) | Case No. CIV-09-1672 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended April 20, 2010, to May 25, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: April 20, 2010 | /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: April 20, 2010 | Benjamin G. Wagner

United States Attorney

/s/ Michael Cabataje
MICHAEL CABATAJE

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED. Given that this is plaintiff's second extension, plaintiff is admonished that no further extensions will be granted absent a showing of good cause.

DATED: April 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2