1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHERYL CARREIRA,

11            Plaintiff,                    No. CIV S-09-1672 EFB

12       vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14
              Defendant.

15   _____/

16   REBECCA KREISHER,

17            Plaintiff,                    No. CIV S-09-1725 EFB

18       vs.

19   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

20
              Defendant.

21   _____/

22   ////

23   ////

24   ////

25   ////

26   ////

1

1    TAMMYE BURNHAM,

2              Plaintiff,                          No. CIV S-09-2054 EFB

3         vs.

4    MICHAEL J. ASTRUE,
     Commissioner of Social Security,

5
              Defendant.

6    _____/

7    BRENDA FIELLEN,

8              Plaintiff,                          No. CIV S-09-2496 EFB

9         vs.

10   MICHAEL J. ASTRUE,
     Commissioner of Social Security,              ORDER

11
              Defendant.

12   _____/

13        The above-captioned cases are all proceeding before the undersigned pursuant to the

14   consent of the parties.  E.D. Cal. L.R. 305; Fed. R. Civ. P. 73.  On August 24, 2010, the cases

15   came on for hearing on two orders to show cause issued to plaintiffs' attorney Bess M. Brewer.

16   *See Kreisher v. Astrue*, No. CIV S-09-1725 EFB*, Dckt. No. 19; *Carreira v. Astrue*, No. CIV S-

17   09-1672 EFB, Dckt. No. 20; *Burnham v. Astrue*, No. CIV S-09-2054 EFB, Dckt. No. 20; and

18   *Fiellen v. Astrue*, No. CIV S-09-2496 EFB, Dckt. No. 17.  Ms. Brewer appeared at the hearing

19   on behalf of plaintiffs; attorney Bobbie J. Montoya.

20        The orders to show cause issued because, in each of the above-captioned cases, the

21   plaintiff was granted two separate extensions of time to file a motion for summary judgment; in

22   each of the cases, the plaintiff was warned that no further extensions of time would be granted

23   absent a showing of good cause; and in each of the cases, the plaintiff failed to timely file a

24   summary judgment motion even though the deadlines for doing so expired.  As stated on the

25   record and for the reasons stated on the record, Ms. Brewer is sanctioned $100.00 per case, for a

26   total of $400.00, as a result of those failures.  This sum shall be paid to the Clerk of the Court no

                                                  2

1  later than thirty (30) days from the date of this order.  Ms. Brewer shall file an affidavit

2  accompanying the payment of this sanction which states that it is paid personally by Ms. Brewer,

3  out of personal funds, and is not and will not be billed, directly or indirectly, to her clients or in

4  any way made the responsibility of the clients as attorneys' fees or costs.

5       SO ORDERED.

6  Dated:  August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3