BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERYL CARREIRA, ) | CIVIL NO. 2:09-CV-01672 EFB |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 7 days to respond to Plaintiff's Opening Brief up to and including September 17, 2010. This extension is being sought because the undersigned counsel for the Commissioner was unexpectedly absent from the office during the first two weeks of September due to illness. Additionally, between the time Plaintiff filed her Motion for Summary Judgment and these absences, counsel had to complete a Ninth Circuit brief that had already been extended and was thus unable to complete her response to Plaintiff's Motion by the original due date. Counsel respectfully requests an additional 7 days in which to respond to Plaintiff's Motion.

////

The parties submit that this matter should then proceed in accordance with the original case management order.

                                        Respectfully submitted,

Dated: September 10, 2010        /s/Bess M. Brewer
                                        _____
                                        BESS M. BREWER
                                        (as authorized via email)
                                        Attorney at Law

                                        Attorney for Plaintiff

Dated: September 10, 2010        BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                          By:
                                        /s/ Elizabeth Firer
                                        _____
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 13, 2010.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE